M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Demitrins Wayne Alexander,

@ Elmore Corr. Center

2021 OCT 20 A 9: 56

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_____ )
Full name and prison name of           )
Plaintiff(s)                           )
                                       )
                                       )
v.                                     )
                                       )    CIVIL ACTION NO. 2:21-cv-700-WHA-CSC
Lt. Derrick Hines,                     )    (To be supplied by Clerk of U.S. District
Capt. Smith,                           )    Court)
Officer Myrick,                        )
et al.,                                )
(in their individual                   )
capacities)                            )
_____ )
Name of person(s) who violated your    )
constitutional rights. (List the names )
of all the person.)                    )

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court dealing with the same or
            similar facts involved in this action?  YES ☐  No ☑

      B.    Have you begun other lawsuits in state, or federal court relating to your
            imprisonment?        YES ☐      NO ☑

      C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
            is more than one lawsuit, describe the additional lawsuits on another piece of paper,
            using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff (s) _N/A_____

                  _____

                  Defendant(s) _____

                  _____

            2.    Court (if federal court, name the district; if state court, name the county)
                  _N/A_____

                  _____

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Elmore Correctional Facility, 3520 Marion Spillway Rd. Elmore, AL

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Staton Correctional Facility, 2690 Marion Spillway Rd. Elmore, AL 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Lt. Derrick Hines | / Staton Corr. Fac. |
| 2. Cpt. Smith | / Staton Corr. Fac. |
| 3. Officer Myrick | / Staton Corr. Fac. |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Thursday, March 19, 2020.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Lt. Hines violated my 8th Amendment Rights to be free from guard brutality, excessive force, and cruel and unusual punishment, as well as my 14th Amendment Right to Due Process.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On March 19, 2020, I was on my way to my dorm for count when I was called by Officer Myrick to "talk" to Lt. Hines. I followed him into shift office and Lt. Hines assaulted me for no reason, punching me several times, resulting in broken nose.

GROUND TWO: Officer Myrick also violated my 8th Amendment Rights to be free from guard brutality, excessive force, and cruel and unusual punishment, also my Due process rights

SUPPORTING FACTS: when I followed officer Myrick into shift office, as soon as Lt. Hines threw a punch at me, Office Myrick also began punching me simultaneously with him in my head and face, busting my eardrum and causing excessive pain.

GROUND THREE: Captain Smith also violated my 8th Amendment Rights to be free from guard brutality, excessive force, and cruel and unusual punishment, also my XIV Amendment Due process rights

SUPPORTING FACTS: After I was beaten in the head by Lt. Hines and officer Myrick (not sure if 'Myrick' is correct spelling) and I was bleeding from my head, ear and nose, I was taken into Captain's office with the lights off, where Cpt. Smith struck me several times in head and punched me in my ribs, resulting in sprained ribs, severe pain. Also, all three officers (defendants) beat me up together in Captain's office after my head and nose was bleeding, in handcuffs for NO REASON. I did/could not resist.

This is a civil action authorized by 42 U.S.C. § 1983 to redress the deprivation, under COLOR of STATE LAW, of rights secured by the constitution of the United States.

Plaintiff, Alexander, is and was at all times mentioned herein a prisoner of the State of Alabama in the custody of the Alabama Department of Corrections, who is also named Defendants' employer. Plaintiff is currently confined in Elmore Correctional Facility in Elmore County, AL 36025.

Demitrius Alexander, Plaintiff, is suffering from pain and suffering and emotional distress due to this horrific incident.

Plaintiff was posing no threat to anyone when incident occured. He was on his way to his assigned dorm when he was told by officer Myrick to go to shift office. Plaintiff gave no resistance whatsoever. When he was transferred to Elmore from Staton, he was denied follow-up medical treatment.

There were several witnesses to this guard brutality, two of which provided plaintiff with sworn DECLARATIONS, Plaintiff has attached these declarations as EXHIBITS A and B.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Plaintiff prays that this Court enter judgment granting plaintiff: money damages against each defendent jointly and severally, a jury trial on all issues, plaintiff's costs in this suit, and any additional relief deemed just.

_____
Signature of plaintiff(s)


I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/30/2021_____.
                    (Date)

_____
Signature of plaintiff(s)



DEMITRIUS W ALEXANDER
AIS # 295421
ELMORE CORRECTIONAL FACILITY
3520 MARION SPILLWAYS ROAD
ELMORE, AL 36025

Montgomery P&DC 360
TUE 19 OCT 2021 PM

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

- LEGAL MAIL