IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS WAYNE ALEXANDER, #295421, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:21-CV-700-WKW ) [WO] |
| DERRICK HINES, CAPTAIN SMITH, and OFFICER MYRICK, in their individual capacities, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Demetrius Wayne Alexander, proceeding *pro se*, filed this 42 U.S.C. § 1983 action alleging violations of his federally protected rights while incarcerated at the Staton Correctional Facility. On January 29, 2025, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 33.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 33) is ADOPTED;

(2) Defendants' Motion for Summary Judgment (Doc. # 25) on Plaintiff's Eighth Amendment claims for excessive force against Defendants Hines, Smith, and Myrick in their individual capacities is DENIED; and

(3) This action will be set for a jury trial by separate Order.

DONE this 26th day of February, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE